*M. Deshong x9290*

FILED
JAN 30 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> **ANDRES ARMAS (1),** <br> **EZEQUIEL RODRIGUEZ (2),** <br> Defendants. | Magistrate's Case No. 20MJ0397 <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Fentanyl; <br><br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about January 29, 2020, within the Southern District of California, defendant ANDRES ARMAS and EZEQUIEL RODRIGUEZ did knowingly and intentionally possess, with intent to distribute 40 grams and more, to wit: 94.4 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about January 29, 2020, within the Southern District of California, defendant ANDRES ARMAS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm that traveled in and affected interstate commerce, to wit: a Smith and Wesson, Model: 6906, 9mm semi-automatic handgun with serial number TFK1965; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*[signature]*

Special Agent Sarah Duray
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, this 30th day of January, 2020.

*[signature]*

HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

United States of America
    vs.
ANDRES ARMAS (1)
EZEQUIEL RODRIGUEZ (2)

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have been personally involved in the investigation that is the subject of this complaint and I am familiar with the facts outlined below. My knowledge comes from my personal participation in this investigation, including arrests, interviews, covert surveillance and personal analysis of reports submitted by other law-enforcement agents participating in this investigation. This probable cause statement does not contain all of the information known to myself or other federal agents regarding this investigation, but only contains those facts believed to be necessary to establish requisite probable cause.

On Wednesday, January 29, 2020, Drug Enforcement Administration (DEA) San Diego Field Division (SDFD), San Diego County Integrated Narcotics Task Force (NTF) Team 10 Special Agents (SAs), Task Force Agents (TFAs) and Task Force Officers (TFOs) became aware that a DEA Confidential Source[1] (hereinafter referred to as the CS) had been offered an opportunity to purchase one thousand suspected counterfeit Oxycodone 30 mg pharmaceutical pills from an unidentified Hispanic male (subsequently identified as Ezequiel RODRIGUEZ) he/she had been communicating with through the "WhatsApp" application. During these

---

[1] The CS began cooperating with investigators in 2017 in exchange for monetary benefits. No other forms of consideration or inducements have been requested by or offered to the CS. The CS has a 2014 conviction for violation of Title 21 U.S.C. 841 and 846 – conspiracy to distribute a controlled substance in which he/she was sentenced to 21 months confinement followed by 60 months supervision. In August 2019, the CS was granted early termination of supervised release. The CS has been proven credible and has provided reliable information in the past, which resulted in numerous arrests as well as drug and money seizures.

conversations, the CS ultimately agreed to purchase one thousand Oxycodone 30 mg pills for $5,500.00 USD from RODRIGUEZ at a retail store parking lot in San Diego.

At approximately 4:06 p.m., the CS spoke with RODRIGUEZ over WhatsApp during which time he (RODRIGUEZ) informed the CS he was driving a black Nissan Altima, traveling north bound in traffic and was about ten to fifteen minutes away. Shortly after the phone call, RODRIGUEZ sent the CS a photograph of him in traffic which depicted a blue Jeep Grand Cherokee bearing California license plate CA/8JPZ078 driving directly in front of the vehicle RODRIGUEZ was in.

At approximately 4:21 p.m., RODRIGUEZ called the CS again and asked where he/she was parked in the Walmart parking lot. While the CS was explaining his/her location, the CS noticed a blue Jeep Grand Cherokee reversing into an isolated parking space on the east end of the lot. Simultaneously, SAs/TFAs/TFOs also observed two males seated in the Jeep who appeared to be watching the CS. Additionally, SAs noted the Jeep to bear the same license plate (CA/8JPZ078) as the Jeep depicted in the photograph RODRIGUEZ sent to the CS earlier and therefore determined it to be related.

Moments later, SAs/TFOs observed RODRIGUEZ, driving a grey Nissan Altima bearing California license plate CA/7ZNJ749, park next to the CS's vehicle. The CS then got into the front passenger's side seat of the Nissan. While inside the Nissan, RODRIGUEZ showed the CS the suspected counterfeit Oxycodone pills which were contained inside a sugar free Hawaiian Punch drink mix cardboard container. Shortly thereafter, the CS gave the pre-determined arrest signal that led agents to approach RODRIGUEZ, as well as the occupants inside the associated Jeep and ordered them out of their respective vehicles. The occupants of the Jeep were subsequently identified as Andres ARMAS (driver) and B.V., a 17-year-old male

juvenile (front passenger's seat). RODRIGUEZ was subsequently arrested while ARMAS and B.V. were detained in handcuffs without incident. Notably, while detained, ARMAS admitted to giving the Oxycodone pills to RODRIGUEZ.

During a subsequent search of RODRIGUEZ's vehicle incident to his arrest, TFO Lisa Amman discovered and seized approximately 893 suspected counterfeit Oxycodone 30 mg pills contained inside a Hawaiian Punch cardboard container located in the driver's side door pocket of the Nissan Altima. Notably, the counterfeit Oxycodone pills presumptively tested positive for the presence of fentanyl during a subsequent field test and weighed a total of 94.4 grams. RODRIGUEZ, ARMAS and B.V. were thereafter transported to the DEA SDFD for interviewing and processing.

Once at the DEA SDFD, SA Michael Wasser conducted law enforcement database queries and confirmed that ARMAS is a convicted felon. More specifically, records checks revealed that ARMAS was convicted of importation of methamphetamine in violation of Title 21, United States Code, Sections 952 and 960 in case number 16-cr-703-AJB. On July 28, 2016, Armas was sentenced to thirty (30) months in custody and three years of supervised release.

During a recorded, post-*Miranda* interview of ARMAS, he admitted to having provided the Oxycodone pills to RODRIGUEZ in order to consummate the above described transaction with the CS. ARMAS further admitted that he and B.V. were there to provide an overwatch of the transaction in the event that RODRIGUEZ were to be robbed. ARMAS also admitted that he was going to pay the source of supply $2,000.00 USD as the pills had been fronted to him, he was to pay RODRIGUEZ $800.00 USD for his participation in the deal and he and B.V. were going to receive half (approximately $1,350.00 each) of the remaining balance for coordinating the drug transaction.

In addition, ARMAS admitted to having a firearm inside a storage unit and provided verbal and written consent for SAs/TFAs/TFOs to conduct a search of his storage unit, which resulted of the seizure of an unloaded Smith and Wesson, Model 6906, 9mm semi-automatic handgun (Serial Number: TFK1965) with a magazine inserted into the magazine well and a single suspected counterfeit Oxycodone 30 mg pill. The handgun displayed its manufacturer to be Smith and Wesson in Springfield, Massachusetts.

Moreover, during a recorded, post-*Miranda* interview of RODRIGUEZ, he admitted to having obtained the Oxycodone pills from ARMAS in order to deliver and sell them to the CS and would subsequently receive $200.00 USD already owed to him by ARMAS, along with an additional unspecified amount on top of that. RODRIGUEZ confirmed that he was to receive $5,500.00 USD during the proposed pill transaction with the CS.

Based on the foregoing, there is probable cause to believe that Defendants Ezequiel RODRIGUEZ and Andres ARMAS have violated Title 21, United States Code, Section 841(a)(1), possession with intent to distribute of fentanyl and ARMAS violated Title 18, U.S.C., Section 922(g)(1) – felon in possession of a firearm.